UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR,

          Plaintiff,

   v.

JEFFREY IMMETT, *et al.*,

          Defendants.

CASE NO. 2:22-cv-00838-JHC-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, the objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    The Clerk is directed to administratively close this matter and strike any pending motions as moot.

(3)    While this matter is noted for January 27, 2023, the Court may rule on it today, as Plaintiff's objections have been filed and considered, and the deadline for filing objections has passed.

**DATED** this 25th day of January, 2023.

John H. Chun
United States District Judge